In the Matter of EVELYN SEITZ, Respondent, v. JOSEPH DROGHEO, Appellant

893

Beldock, P. J., Ughetta, Rabin and Munder, JJ., concur. Benjamin, J., dissents and votes to affirm the orders.